UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE WILLIAMS,

     Plaintiff,                                                    Civil Action No. 12-CV-14290

vs.                                                      HON. BERNARD A. FRIEDMAN

ROBERT LAWRENCE, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

In an order dated October 16, 2012, the Court notified plaintiff that it would dismiss

the complaint unless within 30 days he either paid the filing fee or submitted a certified trust account

statement and an affidavit of indigence in support of his application to proceed in forma pauperis.

Considerably more than 30 days have elapsed and plaintiff has done nothing in response to the

Court's order.  Accordingly, the complaint is dismissed.

     SO ORDERED.


                                     s/ Bernard A. Friedman
                                     BERNARD A. FRIEDMAN
                                     SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 16, 2013


I hereby certify that a copy of the foregoing document was sent to parties of record on January 16, 2013 electronically or by U.S. mail.

                                     s/ Michael Williams
                                     Relief Case Manager for the Honorable
                                     Bernard A. Friedman