UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE WILLIAMS,

    Plaintiff,                                                  Civil Action No. 12-CV-14290

vs.                                                        HON. BERNARD A. FRIEDMAN

ROBERT LAWRENCE, et al.,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

This matter is presently before the Court on plaintiff's motion [docket entry 7] for reconsideration of this Court's January 16, 2013, order of dismissal. That order stated:

> In an order dated October 16, 2012, the Court notified plaintiff that it would dismiss the complaint unless within 30 days he either paid the filing fee or submitted a certified trust account statement and an affidavit of indigence in support of his application to proceed in forma pauperis. Considerably more than 30 days have elapsed and plaintiff has done nothing in response to the Court's order. Accordingly, the complaint is dismissed.

In his motion for reconsideration, filed February 13, 2013, plaintiff appears to indicate he did not receive the October 16, 2012, order. Simultaneously, plaintiff has filed a copy of his prisoner's trust account.

Plaintiff has failed to show any error in the Court's order of dismissal. The October 16, 2012, order was mailed to him by first class mail at the address he provided on the complaint (the same prison address where he still resides), and that mailing was not returned. Plaintiff has failed to offer any convincing justification for having failed to comply with that order. Further, the instant motion for reconsideration was filed well after expiration of the 14-day deadline prescribed by E.D. Mich. LR 7.1(h)(1). As plaintiff's motion is both nonmeritorious and untimely, it is denied.

SO ORDERED.

Dated: February 15, 2013        s/ Bernard A. Friedman
                                                                BERNARD A. FRIEDMAN
                                                                SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 15, 2013, electronically or by U.S. mail.

                                                                s/ Michael Williams
                                                                Relief Case Manager for the Honorable
                                                                Bernard A. Friedman